**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel A Lopez, | No. CV-21-00255-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Plaintiff filed a Complaint on June 28, 2021. He has failed to serve the Complaint or otherwise prosecute the case. This action is subject to dismissal, pursuant to Fed. R. Civ. P. 4(m), for lack of service within 90 days of the filing of the Complaint. This case is also subject to dismissal for failure to prosecute under Rule 41.1 of the Rules of Practice of the United States District Court for the District of Arizona. *See* LRCiv. 41.1 (no proceedings or filings for six or more months may warrant dismissal for lack of prosecution).

**Accordingly,**

**IT IS ORDERED** that within 21 days of the filing date of this Order, the Plaintiff shall show cause in writing why this case should not be dismissed for lack of service and failure to prosecute.

///
///
///
///

1     **IT IS FURTHER ORDERED** that the failure to show cause for these failures shall
2 result in the dismissal of this action without further notice to the Plaintiff.
3     Dated this 31st day of May, 2022.

                                               Honorable David C. Bury
                                               United States District Judge