1  **WO**

2

3

4

5

6

7        **IN THE UNITED STATES DISTRICT COURT**

8        **FOR THE DISTRICT OF ARIZONA**

9

10   Manuel A Lopez,                          No. CV-21-00255-TUC-DCB

11              Plaintiff,                    **ORDER**

12   v.

13   United States of America,

14              Defendant.

15

16        On April 18, 2023, the Court issued an Order dismissing Count One  and Count

17   Two, with leave for Plaintiff to file an Amended Complaint to state a claim based on Count

18   Two. Plaintiff has not filed an Amended Complaint.

19        Accordingly,

20        **IT IS ORDERED** that within 14 days of the filing date of this Order, the Plaintiff

21   shall file a writing showing good cause why this case should not be dismissed for failing

22   to file an Amended Complaint.

23        /////

24        /////

25        /////

26        /////

27        /////

28        /////

1    **IT IS FURTHER ORDERED** that failure to show good cause shall result in

2  dismissal of this action, with prejudice.

3         Dated this 4th day of June, 2023.

4

5

6

7         _____

8         Honorable David C. Bury
          United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28