**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel A Lopez, | No. CV-21-00255-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

This case was dismissed on the merits on April 19, 2023. The Court has not directed the Clerk of the Court to enter Judgment because it granted Plaintiff leave to amend Count Two. The Plaintiff has not, however, filed an Amended Complaint. On June 5, 2023, the Court issued a directive to the Plaintiff that he must show cause for why he has not filed an Amended Complaint. Since then, on June 9 and 20, and July 10, 2023, he has filed documentation with the Court evincing numerous medical conditions, without any support by any treating doctor explaining the seriousness of these conditions and/or why his medical condition(s) prevent him from filing the Amended Complaint.

In the Court's last Order granting Plaintiff a 30-day extension to file an Amended Complaint, the Court noted that the pleading requirements are not onerous; he either can or cannot "'allege a last government act evidencing the continued practice of blocking or closing the disability parking space that caused him injury after November 15, 2016 . . . .'" (Order (Doc. 23) at 2 (quoting Order (Doc. 19) at 9.) Complying with the Court's directive to file an Amended Complaint should not be any more difficult than filing the several

motions he has filed with his medical records attached. More importantly, the Court will not, because it cannot, interpret the medical records he presents, which include blood work and medical tests that are not self-evident regarding diagnosis and symptomology specific to show the Plaintiff's inability to comply with the Court's Orders. The Court will afford the Plaintiff one-last 30-day extension of time to obtain a medical opinion from a treating doctor explaining how any medical condition prevents him from being able to prepare and file the Amended Complaint. Thereafter, the Court shall not grant any further extensions of time and shall dismiss this action, without further notice to the Plaintiff.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff is granted an extension of time to file an Amended Complaint until August 21, 2023.

**IT IS FURTHER ORDERED** that in the event any further requests for extensions of time are not supported by a medical opinion from a treating doctor, NO FURTHER EXTENSIONS OF TIME SHALL BE GRANTED, and the Court shall direct the Clerk of the Court to enter Judgment without further notice to the Plaintiff.

Dated this 20th day of July, 2023.

_____
Honorable David C. Bury
United States District Judge