**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel A Lopez, | No. CV-21-00255-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

The Plaintiff has failed to comply with prior directives of this Court to prosecute his case.

**Accordingly,**

**IT IS ORDERED,** pursuant to the Court's Orders (Docs. 34 and 38), this case is dismissed for lack of prosecution and non-compliance with this Court's directives. Dated this 1st day of April, 2024.

Dated this 1st day of April, 2024.

_____
Honorable David C. Bury
United States District Judge